UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WALLACE G. MITCHELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.:   17-1699 |
| DR. C. EPHRUSSI, *et al.,* | ) ) ) | |
| Defendants | ) ) | |

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States hereby files this notice of removal and states as follows:

1. Plaintiff, who is *pro se*, filed this action in D.C. Superior Court against Unity Health Care, Inc., and a variety of doctors and physician's assistants, alleging negligent provision of medical care.  *See* Complaint (Exhibit A hereto) (alleging indifference to plaintiff's medical needs in various respects).

2. On the basis of the Complaint and other available information, Daniel F. Van Horn, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to delegated authority, certified pursuant to 42 U.S.C. § 233(a) and (g) that defendants Unity Health Care, Inc.; Dr. Clarence Hammond, Dr. Otis Egins; Dr. Karen Harrison; Dr. Jualenda Boschulte; Dr. Nora Bammidi; Dr. Henry Marshall; Dr. Ann Savarese; Dr. Amy Morgan; Dr. Corey Ephrussi; Dr. Helen-Valentine N. Chukwu; Gloria Fitzgerald, P.A., and Larnette Hightower, P.A., were acting within the scope of their office or employment at the time of the alleged incidents.  *See* Ex. B hereto (certifications); 28 C.F.R. § 15.4.  This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall, as a matter of law, be substituted for the defendants listed above.

1

3. This notice of removal is brought pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446, since plaintiff's action is against the United States.

4. This case previously has been removed from Superior Court. *See Mitchell v. Dr. C. Ephrussi*, *et al*., No. 15-cv-1975-RMC. In that case, the United States substituted itself for Unity Health Care and the individual defendants as described in ¶ 2, *supra*, and then moved to dismiss for failure to exhaust administrative remedies under the Federal Tort Claims Act. The District Court granted that motion (s*ee* Ex. C hereto), and then remanded the case to the Superior Court, which dismissed it. Months later, however, the District Court reversed its decision to dismiss and permitted the case to proceed against Unity Health Care and the individual defendants – precisely those for whom the United States had substituted itself and achieved dismissal. Thus, in effect, the Superior Court appears to have decided that the case can move forward as if the substitution and removal never happened. *See* Exhibit E hereto. The United States is thus constrained to remove the case again to correct what it views as the Superior Court's misunderstanding of the implications of the District Court's previous dismissal.

5. Defendant has contemporaneously filed in Superior Court a Notice of Notice of Removal (Exhibit D hereto), along with this Notice of Removal and all supporting papers.

Wherefore, this action now pending in the Superior Court of the District of Columbia is properly removed therefrom.

                                    Respectfully submitted,

                                    CHANNING D. PHILLIPS, D.C. Bar No. 415793
                                    United States Attorney

                                    DANIEL F. VAN HORN, D.C. Bar No. 924092
                                    Chief, Civil Division

By:   /s/  *Damon Taaffe*
       DAMON TAAFFE, D.C. Bar No. 483874
       Assistant United States Attorney, Civil Division
       555 Fourth Street, N.W.

Washington, D.C. 20530
(202) 252-2544
damon.taaffe@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that, on this 21st day of August, 2018, the foregoing Notice of Removal was mailed to plaintiff via First Class Mail, postage prepaid, at the following address:

Wallace G. Mitchell
#245357
DC Jail
1901 D Street, SE
Washington, DC 20003

                                         By:__s/_Damon W. Taaffe____
                                                 Damon W. Taaffe